## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**NASHSA MCMILLAN**                                                                                          **PLAINTIFF**

**vs.**                                                                  **CIVIL ACTION No.: 3:23-cv-569-HTW-LGI**

**MISSISSIPPI ACHIEVEMENT
SCHOOL DISTRICT; EARL WATKINS,
IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES**                                                                                                **DEFENDANTS**

## FINAL JUDGMENT

On November 18, 2025, this Court entered its Order dismissing this matter without prejudice. For the reasons in this court's previous Order, which is incorporated herein, this case hereby is FINALLY DISMISSED, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED this the 18th day of November, 2025.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**

1